INSURANCE COMPANY OF THE STATE OF NEW YORK, Respondent, *v.* THE ASSOCIATED MANUFACTURERS' MUTUAL FIRE INSURANCE CORPORATION of the State of New York, Appellant.

*Insurance Co.* v. *Associated Manfrs'. Corpn.*, 70 App. Div. 69, affirmed.
(Submitted March 27, 1903; decided April 9, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 19, 1902, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court and an order denying a motion for a new trial.

*Archibald C. Shenstone* for appellant.

*Frederic R. Coudert, Jr.,* and *John P. Murray* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT and MARTIN, JJ. Not voting: VANN, J.